No. 426, Misc. SCHULTZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Anthony P. Nugent, Jr.,* for the United States.

No. 551, Misc. CHICK *v.* KENTUCKY ET AL. Ct. App. Ky. Certiorari denied. Petitioner *pro se. Robert Matthews,* Attorney General of Kentucky, and *Darryl T. Owens,* Assistant Attorney General, for respondents.

No. 561, Misc. WALLACE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Charles Mark Demos* for petitioner. *Solicitor General Marshall* for the United States.

No. 566, Misc. RICE *v.* LEE, CORRECTIONS COMMISSIONER, ET AL. Sup. Ct. Ala. Certiorari denied. Petitioner *pro se. Richmond M. Flowers,* Attorney General of Alabama, and *Paul T. Gish, Jr.,* Assistant Attorney General, for respondents.

No. 573, Misc. COLLIER *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *R. Eugene Pincham, Earl E. Strayhorn, Charles B. Evins, Howard T. Savage* and *Sam Adam* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 575, Misc. ALEXANDER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.